USDC SCAN INDEX SHEET











USA

CARLISI

ACR    7/8/97    11:21
3:92-CR-00026
*664*
*CRMDFT.*

1  MARIO G. CONTE
   California Bar No. 093211
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
   Attorneys for Defendant John P. Spilotro
5

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM B. ENRIGHT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 92CR0026-E |
| Plaintiff, ) | Date: July 21, 1997 |
| v. ) | Time: 2:00 p.m. |
| JOHN P. SPILOTRO (6), ) | **NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF PROBATION** |
| Defendant. ) | |

TO:  ALAN D. BERSIN, UNITED STATES ATTORNEY;
     CAROL LAM, ASSISTANT UNITED STATES ATTORNEY; AND
     RENE HERRIOT, PROBATION OFFICER.

PLEASE TAKE NOTICE that on July 21, 1997, 2:00 p.m., or as soon as counsel may be heard, the defendant, John P. Spilotro by and through his counsel, Mario G. Conte, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion listed below.

//
//
//
//
//
//

## MOTION

John P. Spilotro, by and through his attorneys, Mario G. Conte, and Federal Defenders of San Diego, Inc., pursuant to the Fifth Amendment to the United States Constitution, Fed. R. Crim. P. 32.1(b) and Title 18, United States Code, Sections 3584(c), 3553(a) and all other applicable statutes, case law and local rules, hereby moves this Court for an order for early termination of his term of probation.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: July 7, 1997

MARIO G. CONTE
Federal Defenders of San Diego, Inc.
Attorneys for Defendant Spilotro